No. 491. UNIVERSAL RIM COMPANY *v.* FIRESTONE TIRE AND RUBBER COMPANY ET AL. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Rudolph W. Lotz* and *Arthur W. Nelson* for petitioner. *Messrs. A. L. Ely* and *F. O. Richey* for respondents.

No. 493. STANDARD ELECTRIC STOVE COMPANY *v.* TOLEDO, ST. LOUIS AND WESTERN RAILROAD. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Oliver B. Snider* for petitioner. *Mr. E. E. McInnis* for respondent.

No. 496. ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY *v.* EUNICE PEARSON, ADMINISTRATRIX OF THE ESTATE OF J. L. PEARSON, DECEASED. October 18, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Arkansas denied. *Messrs. Edward T. Miller* and *Edward L. Westbrooke* for petitioner. No appearance for respondent.

No. 498. UNITED STATES EX REL. HELEN L. GIVENS *v.* HUBERT WORK, SECRETARY OF THE INTERIOR. October 18, 1926. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. J. Harry Covington, Spencer Gordon,* and *Newell W. Ellison* for petitioner. *Solicitor General Mitchell* and *Mr. George P. Barse* for respondent.

No. 501. NEW YORK LIFE INSURANCE COMPANY *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. James H. McIntosh* for peti-

tioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Messrs. Howard T. Jones, A. W. Gregg,* and *Edward H. Horton* for the United States.

---

No. 502. NEW YORK LIFE INSURANCE COMPANY *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. James H. McIntosh* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Messrs. Howard T. Jones, A. W. Gregg,* and *Edward H. Horton* for the United States.

---

No. 505. ATLANTIC COAST LINE RAILROAD COMPANY *v.* STANDARD OIL COMPANY OF NEW JERSEY. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Thomas W. Davis, F. W. Gwathmey, James F. Wright,* and *Murray Allen* for petitioner. *Messrs. Charles McH. Howard* and *George H. Tower* for respondent.

---

No. 506. SEABOARD AIR LINE RAILWAY COMPANY *v.* STANDARD OIL COMPANY OF NEW JERSEY. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Murray Allen, F. W. Gwathmey, Thomas W. Davis,* and *James F. Wright* for petitioner. *Messrs. Charles McH. Howard* and *George H. Tower* for respondent.

---

No. 508. STATE BANK *v.* PHILIP APPLEBAUM. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Archibald Palmer* and *Max L. Rosenstein* for petitioner. No appearance for respondent.